**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

LOIS WHITE )
)
Plaintiff, )
)
v. )  Case No. 1:24-cv-06939
)
)  Honorable M. David Weisman
JOE RIZZA FORD OF ORLAND PARK, )
INC., an Illinois corporation )
)
Defendant. )
)
)

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, LOIS WHITE, and Defendant, JOE RIZZA FORD OF ORLAND PARK, INC., hereby jointly stipulate and agree to the voluntary dismissal of this matter, including any and all pending claims in this matter, with prejudice and without cost to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: April 2, 2025                          Respectfully submitted,

LOIS WHITE                                    JOE RIZZA FORD OF ORLAND PARK, INC.

By: */s/ Angela C. Spears*                    By: */s/ Olatokunbo K. Fashawe*
Angela C. Spears                              Olatokunbo K. Fashawe
CASS LAW GROUP, P.C.                          LITCHFIELD DAVO LLP
20015 S. LaGrange Rd #1098                    300 W. Madison Ave., Suite 300
Frankfort, IL 60423                           Chicago, IL 60606
T: (872) 329-4844                             (312) 781-6677
E: aspears@casslawgroup.com                   fashawe@litchfieldcavo.com

*Counsel for Plaintiff*                       *Counsel for Defendant*